UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PANAGIOTIS KROKOS and CHARLES TUTTLE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APOLLO MANAGEMENT GROUP, LLC, and THE FRESH MARKET, INC.,<br><br>Defendants. | No. 1:16-cv-12082 |

## **LOCAL RULE 16.1 CERTIFICATE**

Pursuant to Local Rule 16.1.(D)(3), this will certify that plaintiff Panagiotis Krokos has conferred with his counsel: (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Panagiotis Krokos

_____
Brant Casavant, BBO #672614
FAIR WORK P.C.
192 South Street, Suite 450
Boston, MA 02111
Tel.   (617) 231-6777
Fax.   (617) 488-2261

**Dated:** November 8, 2016.

1

## **CERTIFICATE OF SERVICE**

I certify that on November 8, 2016, I served a true copy of this document by electronic mail on counsel for the defendants in this matter.

                                                /s/ Brant Casavant
                                                Brant Casavant