## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PANAGIOTIS KROKOS and CHARLES
TUTTLE, on behalf of themselves and all others
similarly situated,

                Plaintiffs,

     v.

APOLLO MANAGEMENT GROUP, LLC, and
THE FRESH MARKET, INC.,

                Defendants.

No. 16 Civ. 12082

## JOINT SUBMISSION OF NOTICE OF COLLECTIVE ACTION
## FOR COURT APPROVAL

Plaintiffs and Defendant jointly submit the attached Notice of Collective Action (Exhibit A), Reminder Postcard (Exhibit B), and Consent to Join form (Exhibit C) pursuant to the parties' stipulation, ECF No. 34 ("Notice Stipulation"), which sets forth the process for notifying potential FLSA opt-ins of their right to join this action. The Parties have reached agreement on the text of all three documents (collectively referred to herein as the "Notice Packet").

Subject to Court Approval, the Notice Packet will be sent to all Assistant Store Managers who worked for Fresh Market between October 18, 2013 and February 10, 2017 whom Fresh Market classified as exempt (the "Collective"). The proposed Notice of Collective Action is "accurate" and "informative," *Hoffmann-La Roche*, 493 U.S. at 172, and consistent with the model notices approved by the Federal Judicial Center.[1] *See* Exhibit A.

The Reminder Postcard will further ensure that members of the Collective receive timely

---

[1]     *See* Class Action Notices Page, at: www.fjc.gov (last visited Nov. 12, 2014).

notice of the action.  *See* Exhibit B.  Courts regularly authorize reminder notices to ensure that

workers do not disregard the impending deadline and to increase the odds that workers will be

informed of their rights.  *See Benedict v. Hewlett-Packard Co.*, No. 13 Civ. 119, 2014 WL

587135, at *14 (N.D. Cal. Feb. 13, 2014) (approving reminder notice); *Morris v. Lettire Constr.,

Corp.*, 896 F. Supp. 2d 265, 275 (S.D.N.Y. 2012) ("Given that notice under the FLSA is

intended to inform as many potential plaintiffs as possible . . . a reminder notice is appropriate.").

Finally, the Consent to Join form is consistent with the Notice of Collective Action and

should also be approved.  It informs members of the Collective that they are designating

Plaintiffs' Counsel to represent them, and includes information about the fee and cost

arrangement agreed to by the Named Plaintiffs.  *See* Exhibit C.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court approve the

Parties' agreed Notice Packet.

Respectfully submitted,

| | |
|---|---|
| PANAGIOTIS KROKOS and CHARLES TUTTLE, on behalf of themselves and all others similarly situated, | THE FRESH MARKET, INC., |
| By their attorneys, | By their attorneys, |
| | /s/ Lavinia Weizel |
| /s/ Justin M. Swartz | |
| | Lavinia Weizel BBO # 688142 |
| Justin M. Swartz* | MINTZ, LEVIN, COHN, FERRIS, |
| Michael J. Scimone* | GLOVSKY AND POPEO, PC |
| OUTTEN & GOLDEN LLP | 42nd Floor |
| 685 Third Avenue, 25th Floor | One Financial Center |
| New York, NY 10017 | Boston, MA 02111 |
| Tel.    (212) 245-1000 | (617) 542-6000 |
| Fax.   (646) 509-2057 | Fax: 617-542-2241 |
| jms@outtengolden.com | Email: lmweizel@mintz.com |

mscimone@outtengolden.com

Gregg I. Shavitz*
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, FL 33432
Tel.    (561) 447-8888
Fax.    (561) 447-8831
gshavitz@shavitzlaw.com

Michael Palitz*
SHAVITZ LAW GROUP, P.A.
830 3rd Acenue, 5th Floor
New York, New York 10022
Tel.    (800) 616-4000
mpalitz@shavitzlaw.com

Hillary Schwab, BBO #666029
Brant Casavant, BBO #672614
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3260
hillary@fairworklaw.com
brant@fairworklaw.com

*admitted *pro hac vice*

Esther G. Lander*
Lawrence D. Levien*
AKIN GUMP STRAUSS HAUER &
FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 887-4535
Fax: (202) 887-4288
elander@akingump.com
llevien@akingump.com

Anastasia M. Kerdock*
AKIN GUMP STRAUSS HAUER &
FELD LLP
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
akerdock@akingump.com

**Dated:** January 27, 2017

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by filing it through the CM/ECF system, causing it to be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: January 27, 2017

By:  /s Justin M. Swartz

Justin M. Swartz (admitted *pro hac vice*)