**Krokos et al. v. The Fresh Market, Inc.**
c/o XXX
P.O. Box XXX
[City], [State] [Zip]


**Forwarding Service Requested**

---

**REMINDER REGARDING THE FRESH MARKET, INC.
ASSISTANT STORE MANAGER COLLECTIVE ACTION LAWSUIT**

Within the past two months, you should have received a Notice explaining that you may be eligible to participate in a collective action lawsuit against The Fresh Market, Inc. on behalf of Assistant Store Managers. If you did not receive or no longer have the Notice, please contact [Claims Administrator].

Our records show that you have not submitted a "Consent To Become A Party To A Lawsuit" form. If you would like to join, you must complete a Consent Form and mail, fax, or e-mail it by April 24, 2017 to:

**Krokos et al. v. The Fresh Market, Inc.
c/o XXX
P.O. Box XXX
[City], [State] [Zip]
Fax: (XXX) XXX-XXX
E-mail: XXX@XXX.com**