## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PANAGIOTIS KROKOS and CHARLES TUTTLE, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>THE FRESH MARKET, INC.,<br><br>       Defendant. | **Case No. 16-cv-12082**<br><br>**Hon. Indira Talwani**<br><br>**<u>CONSENT TO JOIN</u>** |

1.  I consent, agree, and opt in to be a party plaintiff in the above-captioned collective action lawsuit against The Fresh Market, Inc. in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP, Shavitz Law Group, P.A., and Fair Work P.C. to represent me for all purposes in the above captioned action, and to make decisions on my behalf concerning the litigation. I understand that by filing this consent, I will be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I understand that reasonable costs expended by Plaintiffs' counsel on my behalf will be deducted from any settlement or judgment amount on a *pro rata* basis among all other Plaintiffs. I understand that Plaintiffs' counsel will petition the Court to award them attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

_____
Signature

_____
Full Legal Name (print)

_____
Address

_____
City, State        Zip Code

_____
Telephone

_____
Email