UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PANAGIOTIS KROKOS and CHARLES TUTTLE, on behalf of themselves and all others similarly situated, | * * * * | |
| Plaintiffs, | * * | Civil Action No. 16-cv-12082-IT |
| v. | * * | |
| THE FRESH MARKET, INC., | * * | |
| Defendant. | * | |

## ORDER CORRECTING ORDER APPROVING SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS, AND AUTHORIZING NOTICE

May 17, 2018

TALWANI, D.J.

Plaintiffs have filed a Letter [#106] informing the court of a typographical error in the Order Approving Settlement, Service Awards, and Attorneys' Fees and Costs, and Authorizing Notice [#101]. The Order stated that Plaintiffs' counsel requested $23,733.04 in costs, rather than the $32,233.04 in costs set forth in the Settlement Agreement, Plaintiffs' Unopposed Motion for Approval of Settlement, Service Awards, and Attorneys' Fees and Costs [#84], and supporting papers. Pursuant to this court's authority under Federal Rule of Civil Procedure 60(a) to correct clerical mistakes in its orders, Paragraph 8 of the Order Approving Settlement, Service Awards, and Attorneys' Fees and Costs, and Authorizing Notice [#101] is amended to state that Plaintiffs' counsel requests $32,233.04, rather than $23,733.04, in costs. The court finds that these costs are reasonable and will be paid from the Gross Settlement Amount.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge