UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PANAGIOTIS KROKOS and CHARLES TUTTLE, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE FRESH MARKET, INC.,<br><br>　　　　Defendant. | *<br>*<br>*<br>*<br>*　Civil Action No. 16-cv-12082-IT<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER APPROVING ADDITIONAL SETTLEMENT
ADMINISTRATION FEES AND COSTS

February 21, 2019

TALWANI, D.J.

The court's Order Approving Settlement [#101] approved the Settlement Administrator's reallocation among Eligible Settlement Collective Members of any portion of the Net Settlement Fund that remained unclaimed if the Settlement Administrator deems the reallocation practical. Id. ¶ 13. Plaintiffs' counsel has now advised the court that $81,836.06 remains in the settlement fund after 1,012 class members timely negotiated their checks, and that the Settlement Administrator has deemed reallocation practical. Letter [#108]. Plaintiffs' counsel further requests approval of payment of $5,053.00 from the unclaimed amount prior to such reallocation to pay additional costs the Settlement Administrator will incur in connection with such reallocation. Finding payment of such additional settlement administration fees and costs from the unclaimed amounts prior to the second distribution of settlement funds reasonable, and noting no opposition from the Defendant, the court approves the additional settlement administration fees and costs in the amount of $5,053.00, with the remaining $76,783.06 to be

redistributed to Eligible Settlement Collective Members.

      IT IS SO ORDERED.

/s/ Indira Talwani  
United States District Judge
